**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

JOSEPH A. ARMSTRONG,

         Plaintiff,

vs.

                                          **CASE NO. 5:10cv117RS-AK**

UNITED PARCEL SERVICE, INC.; and
Fictitious Defendants 1–9, those
individuals or entities are currently
unknown to Plaintiff,

         Defendants.

_____/

## ORDER

Before me are the Motion To Allow Withdrawal Of Counsel (Doc. 13), Amended

Motion To Allow Withdrawal Of Counsel (Doc. 14), and Second Amended Motion To

Allow Withdrawal Of Counsel (Doc. 16) filed by Plaintiff's attorneys, William B. Boles,

Jr. and Morgan & Morgan, P.A.

**IT IS ORDERED:**

1.    William B. Boles, Jr. and Morgan & Morgan, P.A. are granted leave to

withdraw as attorneys of record for Plaintiff.

2.    Plaintiff shall cause new counsel, who are members of the bar of this

District, to file notices of their appearance not later than September 13,

2010.

3.      William B. Boles, Jr. is directed to immediately deliver a copy of this Order

to Plaintiff.

**ORDERED** on September 7, 2010.

                          /S/ Richard Smoak_____
                          **RICHARD SMOAK**
                          **UNITED STATES DISTRICT JUDGE**