IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH A. ARMSTRONG

    Plaintiff,

vs.                               CASE NO. 5:10-cv-117/RS-GRJ

UNITED PARCEL SERVICE, INC.,
et. al.,

    Defendants.
_____/

## ORDER

Before me is Plaintiff's motion to extend time (Doc. 24). Not later than October 15, 2010, the parties shall file an amended Rule 26 joint report consistent with a February 1, 2011, discovery deadline and a trial date of April 11, 2011.

**ORDERED** on October 1, 2010.

                                    **/S/ Richard Smoak**
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**